In the Matter of NATALIA J. ODELL, Appellant, against J. RAYMOND McGOVERN, as Comptroller of the State of New York, Respondent.

Submitted May 17, 1954; decided May 27, 1954.

*Augustus W. Bennet* for motion.

No one opposed.

Motion granted.